**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

By ECF & email                                                                                      September 11, 2023

Honorable Chief Judge Margo K. Brodie
Chief United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re: *United States v. Bruce Snipas*,
          21 Cr. 605 (MKB)

Dear Chief Judge Brodie:

      I write to request an adjournment of the sentence presently scheduled for October 26th. I commence a trial on September 26th before the Honorable LaShann DeArcy Hall. The trial is expected to last four weeks. On November 13 I begin a trial before the Honorable Andrew Carter Jr. in the Southern District of New York. That trial may last two weeks. I request a mid-December date until December 14, 15, 17, 18 or 20 for the sentence.

      Assistant U.S. Attorney John Vagelatos has no objection to the sentence if the sentence takes place by December 20th. I make this request to in order to make my sentencing submission timely.

      Thank you for your consideration of this request.

                                                                                 Respectfully yours,
                                                                                  /s/
                                                                               Thomas F.X. Dunn

Cc: John Vagelatos, Esq.
    Assistant U.S. Attorney
   (By ECF & email)