**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

By ECF & email                                                                                          October 19, 2023

Honorable Chief Judge Margo K. Brodie
Chief United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re: *United States v. Bruce Snipas*,
         21 Cr. 605 (MKB)

Dear Chief Judge Brodie:

      I write to request an adjournment of the sentence in this matter to a date in January 2024. On September 11th I wrote to request an adjournment of the sentence in this matter since I was starting a four-week trial before the Honorable LaShann DeArcy Hall, which concluded.

      The sentence is scheduled for November 30th. I was scheduled to commence a trial before the Honorable Andrew Carter Jr. in the Southern District of New York on November 13th. The start date for that trial has been moved to begin on November 27th. That trial is expected to last two weeks.

      In January I am not available on the afternoon of January 16, the morning of January 17th and the afternoons of January 18th and 23rd. On January 22nd I am available in the morning and after 3 p.m.

      Assistant U.S. Attorney John Vagelatos had no objection to the adjournment into January.

      Thank you for your consideration of this request.

                                                                               Respectfully yours,
                                                                                       /s/
                                                                               Thomas F.X. Dunn

Cc: John Vagelatos, Esq.
    Assistant U.S. Attorney
    (By ECF & email)