**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
[Thomasdunnlaw@aol.com](mailto:Thomasdunnlaw@aol.com)

By ECF & email                                                                                          March 12, 2024

Honorable Chief Judge Margo K. Brodie
Chief United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re: *United States v. Bruce Snipas*,
          21 Cr. 605 (MKB)

Dear Chief Judge Brodie:

    I write to request permission to submit a sentencing letter with more than 25 pages of letters in support on behalf of my client Bruce Snipas. My sentencing submission may be ten pages.

    Assistant U.S. Attorney John Vagelatos advised he has no objection to this request.

    Thank you for your consideration of this request.

                                                                     Respectfully yours,
                                                                         /s/
                                                                      Thomas F.X. Dunn

Cc: John Vagelatos, Esq.
    Assistant U.S. Attorney
    (By ECF & email)